IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWAYNE L. RIECO, | ) |
| Plaintiff, | ) 14cv0588 |
| | ) **ELECTRONICALLY FILED** |
| v. | ) |
| C/O MORAN, et. al, | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

On March 30, 2015, Magistrate Judge Eddy filed a Report and Recommendation (ECF No. 65) recommending that Plaintiff's Motion for Preliminary Injunction / Temporary Restraining Order (ECF No. 43) be denied. Plaintiff was served with the Report and Recommendation at his listed address and was advised that he had until April 16, 2015, to file written objections to the Report and Recommendation. Plaintiff has not filed any objections nor has he sought an extension of time in which to do so.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 24th day of April, 2015:

1. Plaintiff's Motion for Preliminary Injunction / Temporary Restraining Order (ECF No. 43) is **DENIED**; and

2. **IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 65) dated March 30, 2015, is **ADOPTED** as the Opinion of the Court.

1

**So Ordered**, this 24th day of April, 2015.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel

Dwayne L. Rieco
HU-2494
SCI Pittsburgh
Post Office Box 99991
Pittsburgh, PA 15233